**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOSHUA HOWARD, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 1:18-cv-0008TNM |
|  | ) |
| KIMPTON HOTEL & RESTAURANT | ) |
| GROUP, LLC., d/b/a ZENTAN, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT**
**AND DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE**

Plaintiff JOSH HOWARD ("Howard" or "Plaintiff") and Defendant KIMPTON HOTEL

& RESTAURANT GROUP, LLC., d/b/a ZENTAN, ("Kimpton" or "Defendant") (collectively, the

"Parties") jointly move the Court for an order approving the agreement between the parties to

resolve this case and dismissing Plaintiff's Complaint with prejudice.  In support of their motion,

the Parties state as follows:

1.      On January 3, 2018, Plaintiff filed the above-styled matter.  (ECF No. 1).

2.      In the Complaint, Plaintiff alleged a claim for unpaid overtime under the Fair

Labor Standards Act ("FLSA") ("Count I") and The District of Columbia Minimum Wage Act

("DCMWA") ("Count II").  (ECF No. 1).

3.      Kimpton denies that Plaintiff is entitled to any overtime compensation and

contends that Plaintiff has been properly paid under the FLSA and the DCMWA for all hours

worked.

4.      In an effort to avoid the time and expense of continued litigation and without any admission of liability or wrongdoing, the Parties have agreed to settle their dispute in full, pending Court approval, and have memorialized their agreement in a document titled Settlement Agreement and General Release (the "Agreement").  The Agreement is attached.

5.      It is well-established that FLSA claims can be settled and released in the context of a private lawsuit if the parties present the district court with a proposed settlement and the court enters an order approving the fairness of the settlement.  *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982).

6.      The settlement negotiated and reached by the Parties reflects a reasonable compromise of Plaintiff's claims and Defendant's defenses.  The Parties, through their attorneys, voluntarily agreed to the terms of their settlement during negotiations.  All parties were counseled and represented by their respective attorneys through the litigation and settlement process.  The Agreement has been signed by all parties.

7.      Accordingly, the Parties jointly move the Court to approve the settlement and to dismiss Plaintiff's Amended Complaint and this action with prejudice with the Parties bearing their own costs.  A proposed order is attached.

Respectfully submitted,

_____/s/_____
John C. Cook, (D.C. Bar No. 421528)
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA  22030
(703) 865-7480 (office)
(703) 434-3510 (fax)
jcook@cookcraig.com
*Counsel for Plaintiff*

_____/s/_____
Hayden R. Pace (D.C. Bar No. 477335)
Stokes Wagner, ALC
1201 West Peachtree Street NE, Suite 2400
Atlanta, Georgia
404-766-0076 (office)
404-766-8823 (fax)
hpace@stokeswagner.com
*Counsel for Defendant*